**In re: James MORRIS, Petitioner.**

No. 12–1121.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. Jan. 26, 2012.

Opinion filed: July 27, 2012.

James Morris, Waymart, PA, pro se.

Richard A. Lloret, Esq., Office of United States Attorney, Philadelphia, PA, for Respondent.

Before: MCKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges.

OPINION

PER CURIAM.

James Morris petitions this Court for a writ of mandamus compelling the District Court to conduct proceedings related to Morris's motion under Fed.R.Crim.P. 41(g) for the return of currency seized during his arrest.

At the time of the filing of the petition for writ of mandamus in this Court, the District Court had not ruled on Morris's Rule 41(g) motion. However, on February 2, 2012, the District Court dismissed the motion without prejudice to its being refiled upon the resolution of Morris's pending direct appeal; the District Court also denied Morris's subsequent motion to reconsider. Therefore, this petition for writ of mandamus will be dismissed as moot.